David L. Miller, Bar No. 3736
Chapter 7 Trustee
PO Box 9
Farmington, UT 84025-0009
Telephone: (801) 447-8777
Facsimile: (801) 447-8834
E-mail: davidlmillerpc@msn.com
  Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH – NORTHERN DIVISION

| In re: | |
|---|---|
| CRAIG LOREN ANDERSON<br>ANITA CHENEY ANDERSON,<br> Debtor(s) | Bankruptcy No. 09-33282<br>(Chapter 7)<br>Judge Joel T. Marker |



## DEPOSIT OF UNCLAIMED FUNDS

David L. Miller, the duly-appointed and acting Chapter 7 Trustee of the above named debtor represents to the Court that:

 ___ A  The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

 ✔ B  The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CHECK # | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMT. |
|---|---|---|
| | North American Recovery<br>5225 West Wiley Post Way<br>Suite 410<br>Salt Lake City, UT 84116 | $2.10 |

A check in the amount of $2.10 representing said funds is payable to the United States Bankruptcy Court, and is attached hereto.

DATED: June ___ 2011

                 /S/
                 DAVID L. MILLER
                 Chapter 7 Trustee

David L. Miller, Bar No. 3736
Chapter 7 Trustee
PO Box 9
Farmington, UT 84025-0009
Telephone: (801) 447-8777
Facsimile: (801) 447-8834
E-mail: davidlmillerpc@msn.com
    Chapter 7 Trustee

FILED IN THE UNITED STATES BANKRUPTCY COURT
2011 JUN 14 AM 11: 17
DISTRICT OF UTAH
MAIL

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH – NORTHERN DIVISION

| In re: | |
|---|---|
| CRAIG LOREN ANDERSON<br>ANITA CHENEY ANDERSON,<br>    Debtor(s) | Bankruptcy No. 09-33282<br>(Chapter 7)<br>Judge Joel T. Marker  |

### DEPOSIT OF UNCLAIMED FUNDS

David L. Miller, the duly-appointed and acting Chapter 7 Trustee of the above named debtor represents to the Court that:

    ___ A     The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

    ✔ B     The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CHECK # | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMT. |
|---|---|---|
| | North American Recovery<br>5225 West Wiley Post Way<br>Suite 410<br>Salt Lake City, UT 84116 | $2.10 |

A check in the amount of $2.10 representing said funds is payable to the United States Bankruptcy Court, and is attached hereto.

DATED: June 13 2011

                                            DAVID L. MILLER
                                            Chapter 7 Trustee